# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

**MOTION INFORMATION STATEMENT**

Docket Number(s): 23-7903-cv

Caption [use short title]: LE GALL v Bank of America. N.A

Motion for: rendering the direct decision and striking the motions of Counter Motion of defendants.

Set forth below precise, complete statement of relief sought:
Order striking the counter motion of defendants and render the direct judgement based on the new findings and evidences.

MOVING PARTY: ZHU JUN AKA JUN (Jane) Le Gall
OPPOSING PARTY: Santander Bank. N.A. / Bank of America. N.A.

[X] Plaintiff  [ ] Defendant
[X] Appellant/Petitioner  [ ] Appellee/Respondent

MOVING ATTORNEY: Pro Se
OPPOSING ATTORNEY: Richard Adoppola

[name of attorney, with firm, address, phone number and e-mail]

33 Rue Chateau, Asnieres sur Seine, 92600, Paris Ile d France, France

Cullen and Dykman LLP, One Battery Park Plaza 34th, New York 10004 tel = 212-510-2250
SHAN. P. Massaud. Mc Guire Woods LLP. 1251 Ave of Americas, 20th Floor NY/10020 tel = 212-548-2100

Court- Judge/ Agency appealed from: Southern District of New York (Fierman. Jesse)

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
[X] Yes  [ ] No (explain): ____

Opposing counsel's position on motion:
[ ] Unopposed  [ ] Opposed  [X] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [ ] No  [X] Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:
Has this request for relief been made below?  [ ] Yes  [ ] No
Has this relief been previously sought in this court?  [ ] Yes  [ ] No

Requested return date and explanation of emergency: ____

Is the oral argument on motion requested?  [ ] Yes  [X] No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  [ ] Yes  [X]

Signature: Jun Le Gall (pro se)  Date: 09 July 2024  Service: [X] Electronic  [X] Other [Attach proof of service]

Form T-1080 (rev. 10-23)

# MOTION TO RENDER THE DECISION DIRECTLY BASED ON THE NEW FINDINGS AND EVIDENCES, AND STRIKE THE MOTION TO STRIKE FILED BY THE DEFENDANTS

UNITED STATES COURTS OF APPEALS

FOR THE SECOND CIRCUIT ]

CASE NUMBER. 23-CV-7903

JUN LE GALL ( JUN ZHU )
APPELANT

    V

 BANK OF AMERICA

 SANTANDER BANK.

  FRED HURD;or ESTATE OF FRED HURD

  DANIEL SMITH

  DAVE GRAYSON

  APPELEES

[1]

UNITED STATES COURT OF APPEALS
 FOR THE SECOND CIRCUIT
------------------------------------------------------x

JUN ZHU AKA JUN ( JANE ) LE GALL
              Plantiff-Appellant,

V.

BANK OF AMERICA N.A,
SANTANDER BANK N.A,
 Fred Hurd or Estate of Fred Hurd,
 Dave Grayson, and Daniel Smith**,**

            Defendants-Appelees

CASE No 23-7903-CV

-----------------------------------------------------------x

**Appellant's Motion to render the direct decision based on new findings & evidences and Strike Defendants' Counter to Motion**

## INTRODUCTION

COMES NOW the Appellant, Jun LE GALL, and respectfully moves this Honorable Court to strike the counter-motion filed by the defendant BANK OF AMERICA N.A., BANK SANTERDER .N.A respectively in July 11 , 2024, against Appellant's Motion to Reopen the Case and Impose Penalties in July 6 2024. Appellant further requests that the Court of Appeal render a direct decision based on the new findings and materials , bypassing a remand to the trial court. The grounds for this motion are as follows:

## ARGUMENT

### 1 New Findings: Fred Hurd's Status and Other Evidences

In June 2024, the Appellant received direct communication via Fred Hurd'email, asserting he is still alive, discussion is wanted, . contrary to previous claims during the trial that he was considered deceased. This revelation fundamentally alters the factual landscape of the case. and requires reconsideration of the case's facts.  Additionally, other critical evidence and materials, previously submitted by the appellant for the trial proceeding, through her ex-counsel neither adopted not considered during the trial, shed new light on the defendants' actions and the nature of the case.

### 2 Defendants' Attempt to Disregard Crucial Evidence

The defendants have moved to strike significant portions of the Appellant's brief and appendix, arguing these documents are not part of the Record on Appeal. This claim highlights a critical flaw: the trial court failed to properly incorporate and consider essential evidence provided by the Appellant. The materials in question are crucial for understanding the full scope of the allegations and the defendants' conduct. The trial court's oversight in excluding these materials raises serious procedural concerns and questions the fairness of the proceeding.

### 3 Procedural Errors and Lack of Investigation by the Trial Court

The trial court's handling of this case was marked by significant procedural errors, including imputing all the non served complaints of the individual defendants to the plaintiff-appellant , and the lack of investigation into the

alleged death of Fred Hurd. These omissions compromised the integrity of the judicial process and harmfully influenced the case's outcome. The failure to investigate critical elements such as the status of key individuals and the handling of evidence highlights the need for a thorough reevaluation by this Court.

**4 Judicial tone is assumed by the defendants' party and discretionary power is abused**

In their brief, the defendants fail to introduce any evidence separating the individual defendant from the claims or challenge the capacity of my evidence, instead adopting an assumptive judicial tone that questions the discretionary power of the district court and the bank defendants, as detailed in the upcoming Memorandum.

**5 Request for Direct Judgment by the Court of Appeal**

Given the new findings and the procedural errors evident in the trial court proceedings, Appellant requests that the Court of Appeal render a direct judgment. A remand to the trial court would not only delay justice but could also perpetuate the issues of fairness and oversight experienced previously. The comprehensive set of new evidence and materials, coupled with the serious procedural lapses, warrants immediate and conclusive adjudication by this Court and avoid a pitfall remand to the case. .

**6 International Legal Considerations**:

The initiation of a penal case in France underscores the seriousness and urgency of the allegations against the defendants. This international dimension

aligns with the need for a decisive and comprehensive judgment by this Court, which should consider the full scope of evidence and implications.

## CONCLUSION

WHEREFORE, Appellant respectfully requests that the Court of Appeal :

1. For the foregoing reason, the Court of Appeal should strike the counter-motion filed by the defendants, BANK OF AMERICA N.A and BANK SANTANER . N.A
2. Exercise this court jurisdiction to render a direct judgment based on the new findings and evidences presented, thereby avoiding the necessity of remanding the case to the trial court.
3. Recognize the initiation of the penal case in France as corroborative of the seriousness of the defendants' actions and supportive of the Appellant's claims.
4. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Jun LE GALL

33 RUE DU CHATEAU

ASNIERES SUR SEINE, 92600,

 France

Tel 0033778104791

Email   meridianjlg @gmail.com

Jun LE GALL  Pro Se litigant Appellant for Case 23-7903

33 Rue Chateau

92600 Asnieres sur Seine

France


Re: Request for Extension of one week to Submit Memorandum

Dear honorable judges and case manger and other clerks

I hope this letter finds you well. I am writing to respectfully request an extension of one week for submitting my memorandum in the case 23 7903-CV. Due to an unexpected and prolonged power outage lasting approximately 13 hours from the evening of July 13th to the afternoon of July 14th, I lost a significant portion of my draft work.

While I am striving to meet the current deadline of August 1st, the loss has set me back, and I am concerned that I may need a few additional days to ensure the memorandum is completed thoroughly and accurately.

I greatly appreciate your understanding and consideration of this request. Please know that I am fully committed to submitting the memorandum as soon as possible and will do my utmost to adhere to the revised deadline.

Thank you for your time and attention to this matter.

Sincerely,

Jun lE GALL

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

JUN LE GALL ( JUN ZHU )
V

Bank of America, N.A, Santander Bank N.A
Fred Hurd or Estate of Fred Hurd,
Daniel Smith, Dave Grayson

CERTIFICATE OF SERVICE*

Docket Number: 23-7903

I, Jun LE GALL ( Jun ZHU) hereby certify under penalty of perjury that on 29 July 2024, I served a copy of motion to strike the counter motion of the bank defendants filed 11July 2024

by (select all applicable)**

_____ Personal Delivery     __X__ United States Mail     _____ Federal Express or other Overnight Courier

_____ Commercial Carrier     __X_ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Shan P. Massand, MacGuireWoods LLP (Bank Of America) | 1251 Avenue of the Americas 20th Floor | New-York | NY, 10020 | |
| Richard Coppola, Cullen and Dykman LLP (Santander Bank) | One Battery Park Plaza 34th Floor | New-York | NY,10004 | |
| Dave Grayson | 2307 20th Street | | Flushing | NY,11369 |

Name   Fred Hurd        E Mail    fhurd1498 @gmail.com

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

* *If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

29 July 2024
Today's Date

_Jun le Gall_
Signature

Certificate of Service Form (Last Revised 12/2015)